```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEORGE M. BODZIONY, et al.,

                Plaintiffs,

   -v-

WOLFGANG'S STEAKHOUSE INC., et al.,

                Defendants.
------------------------------------------------------------------X

20-cv-8016 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This case has been reassigned to me as related to *Delijanin v. Wolfgang's Steakhouse Inc.*, 18-cv-7854.

This case was previously assigned to Judge Jesse M. Furman, who entered a Case Management Plan and Scheduling Order on January 28, 2021. *See* Dkt. No. 24. That plan provides for the close of discovery by July 30, 2021 and schedules a post-discovery status conference for August 4, 2021 at 3:15 p.m. The deadlines in that plan remain in effect, except that such conference shall take place in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    SO ORDERED.

Dated: February 4, 2021
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge