UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GEORGE M. BODZIONY, ET AL,

                   Plaintiffs,

-against-

WOLFGANG'S STEAKHOUSE INC., ET AL,

                   Defendants.
------------------------------------------------------------------X

**ORDER**

20-CV-8016 (LJL) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on February 24, 2022 for settlement. ECF No. 52.  If the parties believe it will be productive to discuss settlement, please contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference.  Proposed dates should be one to two months from now and any conference will be scheduled for Tuesday, Wednesday or Thursday at 10:00 a.m.

      SO ORDERED.

DATED:    New York, New York
              February 24, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge